**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION-EASTERN DISTRICT**

In the Matter of:

John McLaughlin

    Debtor.

_____/

Case No. 09-41495
Chapter 7
Honorable Marci B. McIvor

## NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

The attached check in the amount of **$94.92** represents the total sum of unclaimed dividends in the estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The name and address of the Party entitled to these unclaimed dividends is as follows:

| (Creditor) | (Claim No.) | (Amount) |
|---|---|---|
| 1. AFNI/ Verizon<br>404 Brock Drive<br>Bloomington, IL 61701 | 12 | $94.92 |
| | **Total:** | **$94.92** |

Dated: October 3, 2011

/s/ Michael A. Stevenson
Michael A. Stevenson, Trustee
Stevenson & Bullock, P.L.C.
26100 American Drive, Suite 500
Southfield, MI 48034
mstevenson@sbplclaw.com